JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ESTATE OF MIGUEL CHAVEZ by and through his successor in interest, MARIA DE LA PAZ CHAVEZ; MARIA DE LA PAZ CHAVEZ; and CARMEN ALVAREZ, <br><br> Plaintiffs, <br><br> v. <br><br> SANTA ANA POLICE DEPARTMENT; CITY OF SANTA ANA; OFFICER MARK SHIFFLETT; SERGEANT MICHAEL GONZALEZ; OFFICER JONATHAN CHAVEZ; OFFICER SEAN ANTHIS; and DOES 1 – 10, inclusive, <br><br> Defendants. | Case No.: 8:24-cv-01899-FWS-ADS <br><br> JUDGMENT |

Plaintiffs Estate of Miguel Chavez, by and through Miguel Chavez's successor in interest, Maria De La Paz Chavez; Maria De La Paz Chavez; and Carmen Alvarez bring

this case against Defendants Santa Ana Police Department, City of Santa Ana, Officer Mark Shifflett, Officer Jonathan Chavez, Officer Sean Anthis, and Sergeant Michael Gonzalez. The matter came before the court on Defendants' Motion for Summary Judgment. (Dkt. 42.) On September 26, 2025, the court granted the Motion for Summary Judgment. In accordance with the Order granting Defendants' Motion for Summary Judgment, the court **ENTERS JUDGMENT** in this case in favor of Defendants and against Plaintiffs. Plaintiffs shall take nothing on their claims against Defendants in this case.

**IT IS SO ORDERED.**

DATED: September 26, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE